## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CRAIG FRANCIS SZEMPLE,

        Plaintiff,

        v.

RUTGERS, THE STATE UNIVERSITY
OF NEW JERSEY, et al.,

        Defendants.

Civil Action No. 10-5445 (PGS) (DEA)

**MEMORANDUM ORDER**

It appearing that Plaintiff having filed this Complaint on October 21, 2010 (ECF No. 1); the Court having reviewed the matter under 28 U.S.C. § 1915 and permitting the complaint to proceed in part (ECF No. 9); summons having been issued to defendant THOMAS FARRELL on May 7, 2012 (ECF No. 12); the summons having been returned unexecuted as to defendant THOMAS FARRELL on November 27, 2012 (ECF No. 28); Rule 4(m) of the Federal Rules of Civil Procedure at the time of filing of the complaint requiring the complaint to be served within 120 days; it appearing that more than 120 days having elapsed without proof of service upon defendant THOMAS FARRELL;

**IT IS** therefore on this __20__ day of __March__ , 2018,

**ORDERED** that, within thirty (30) days of this Order, Plaintiff shall show cause, in writing, as to why all claims against defendant THOMAS FARRELL should not be dismissed for failure to effectuate proper service, Fed. R. Civ. P. 4(m); and it is finally

**ORDERED** that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.


_____

PETER G. SHERIDAN
United States District Judge